UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUZANNE CARNEY,<br><br>Defendant. | No. 2:16-CR-062-TOR<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CURFEW |

Before the Court is Defendant's Unopposed Motion to Modify Curfew, ECF No. 16. Defendant seeks modification of her curfew to allow her to transport her children to after-school activities.

Neither the United States nor Defendant's supervising Pretrial Services Officer object to her request. Accordingly,

**IT IS ORDERED** Defendant's Unopposed Motion to Modify Curfew, **ECF No. 16,** is **GRANTED**. Defendant's conditions of release shall now require her to remain in her home from **8:00 p.m. to 7:00 a.m. each day.**

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED May 3, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1