FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 05, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>SUZANNE CARNEY,<br><br>                    Defendant. | No. 2:16-CR-062-TOR<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CURFEW |

Before the Court is Defendant's Unopposed Motion to Modify Curfew. Defendant seeks to modify her curfew once again to 9:00 p.m. to allow her to attend her children's activities. Neither the United States nor the U.S. Probation Office object to Defendant's request. Accordingly,

**IT IS ORDERED** Defendant's Unopposed Motion to Modify Curfew, **ECF No. 21**, is **GRANTED.** **Condition No. 16** of the ORDER SETTING CONDITIONS OF RELEASE, ECF No. 10, is **modified** as follows:

**(16)** **Curfew**: Defendant shall be restricted to her residence between the hours of: **9:00 p.m. and 7:00 a.m. each day.**

All other terms and conditions of pretrial release not inconsistent herewith to remain in full force and effect.

DATED July 5, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1